1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

|  |  |
|---|---|
| DERRICK L. JOHNSON, | No. 2:24-cv-07683-JFW-BFM |
| Petitioner, | |
| v. | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| SAMANTHA P. JESSNER et al., | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files herein, and the Magistrate Judge's Report and Recommendation. No objections to the Report and Recommendation were filed. The Court accepts the recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED:

1.    The Report and Recommendation is accepted.

2.    The Petition is denied as second or successive.

3.    Judgment shall be entered dismissing this action without prejudice.

1      4.     The Court Clerk shall serve this Order and the Judgment on all

2 counsel or parties of record.

3

4 DATED: November 21, 2024

5 

6                          HONORABLE JOHN F. WALTER

7                      UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28